NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**MUFFIN FAYE ANDERSON,**
*Plaintiff-Appellant,*

**v.**

**KIMBERLY-CLARK CORPORATION,**
*Defendant-Appellee.*

—————————

2014-1117

—————————

Appeal from the United States District Court for the Western District of Washington in No. 2:12-cv-01979-RAJ, Judge Richard A. Jones.

—————————

**ON MOTION**

—————————

**O R D E R**

Muffin Faye Anderson moves for leave to file her informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Anderson's brief is accepted for filing. Kimberly-Clark Corporation should calculate the

2                    ANDERSON v. KIMBERLY-CLARK CORPORATION

due date for its response brief from the date of filing of this order.

                          FOR THE COURT

                          /s/ Daniel E. O'Toole
                          Daniel E. O'Toole
                          Clerk of Court


s21